EDWARD P. HURLEY, Appellant, *v.* ALFRED R. HURLEY et al., Respondents, et al., Defendants.

Submitted May 18, 1953; decided May 27, 1953.

*John L. Seymour* for motion.

*Sidney S. Levine* and *Constantine G. Comninel* opposed.

Motion denied.